# Third District Court of Appeal

## State of Florida

Opinion filed September 22, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-1697
Lower Tribunal No. F08-47343
_____

**Willie Wiggins,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Jose L. Fernandez, Judge.

Willie Wiggins, in proper person.

Ashley Moody, Attorney General, for appellee.

Before HENDON, MILLER, and BOKOR, JJ.

PER CURIAM.

Affirmed. See Martinez v. State, 211 So. 3d 989, 993 (Fla. 2017) (An "alleged defect in the charging document . . . does not result in an illegal sentence subject to correction under [Florida Rule of Criminal Procedure] 3.800(a).").